**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-14000
Non-Argument Calendar

————————————————

In re: PETER PAUL MITRANO,

*Debtor.*

————————————————————————————————

PETER PAUL MITRANO,

*Plaintiff-Appellant,*

*versus*

MARIE MITRANO,

*Defendant-Appellee.*

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-mc-00019-WWB,
Bkcy  No. 6:24-bk-02053-TPG

————————————————

Before JILL PRYOR, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

2                        Opinion of the Court                    25-14000

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Peter Paul Mitrano, proceeding pro se, appeals from the district court's order denying his construed motion to withdraw the reference of his adversary proceeding against Marie Mitrano from the bankruptcy court. However, such orders are neither final, as they "essentially only determine the forum in which final decisions will be reached," nor appealable as collateral orders, as they "remain[] subject to review upon final judgment." *See Hialeah Hosp., Inc. v. Dep't of Health & Rehabilitative Servs. (In re King Mem'l Hosp., Inc.)*, 767 F.2d 1508, 1510 (11th Cir. 1985).